## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**HOOD BROTHERS FARMS; MICHAEL**                              **PLAINTIFFS**
**HOOD; AND ROBERT HOOD**

**v.**                          **CASE NO. 2:25-CV-000209-BSM**

**HUDSON INSURANCE COMPANY**                                **DEFENDANT**

### ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 8] this case is

dismissed with prejudice and each party will bear its own fees and costs.

IT IS SO ORDERED this 27th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE