## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**HOOD BROTHERS FARMS; MICHAEL**                               **PLAINTIFFS**
**HOOD; AND ROBERT HOOD**

**v.**                           **CASE NO. 2:25-CV-000209-BSM**

**HUDSON INSURANCE COMPANY**                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE